# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IVY BRIDGE UNIVERSITY, LLC f/k/a Ivy Bridge College, LLC, a Delaware LLC, ) ) ) Plaintiff, ) ) v. ) ) HIGHER LEARNING COMMISSION, ) an Illinois corporation, ) ) Defendant. ) | Case No. 1:16-cv-11726 Hon. Susan E. Cox |

## **STIPULATION OF DISMISSAL**

TO: All counsel of record

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff IVY BRIDGE UNIVERSITY, LLC f/k/a Ivy Bridge College, LLC ("Ivy Bridge") and Defendant HIGHER LEARNING COMMISSION ("HLC") (together, "the Parties") hereby submit this Stipulation of Dismissal, dismissing this action with prejudice and with each party to bear its own costs.

Dated: April 25, 2018

Respectfully submitted,

By: /s/ Jeremy L. Buxbaum
Jeremy L. Buxbaum (No. 6296010)
Perkins Coie LLP
131 South Dearborn Street
Suite No. 1700
Chicago, Illinois 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400
Email: jbuxbaum@perkinscoie.com

Respectfully submitted,

By: /s/ Gregory S. Voshell
Mary E. Kohart
Gregory S. Voshell
Thomas J. Elliott
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive
Suite No. 300
Blue Bell, Pennsylvania 19422
Tel: (215) 977-1000
Email: MEK@elliottgreenleaf.com
Email: GSV@elliottgreenleaf.com
Email: TXE@elliottgreenleaf.com

Patrick M. Collins (No. 6206686)
Jade R. Lambert (No. 6290000)
King & Spalding LLP
444 West Lake Street
Suite No. 1650
Chicago, Illinois 60606
Tel: (312) 995-6333
Email: pcollins@kslaw.com
Email: jlambert@kslaw.com

**ATTORNEYS FOR PLAINTIFF
IVY BRIDGE UNIVERSITY, LLC
F/K/A IVY BRIDGE COLLEGE, LLC**

Todd M. Murphy
GORDON & REES
One North Franklin
Suite No. 800
Chicago, Illinois 60606
Tel: (312) 619-4902
Email: tmurphy@gordonrees.com

**ATTORNEYS FOR HIGHER
LEARNING COMMISSION**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 25, 2018, a true and correct copy of the foregoing was served upon the following counsel via email:

Todd M. Murphy
GORDON & REES
One North Franklin
Suite No. 800
Chicago, Illinois 60606
Tel: (312) 619-4902
Email: tmurphy@gordonrees.com


Mary E. Kohart
Gregory S. Voshell
Thomas J. Elliott
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive
Suite No. 300
Blue Bell, Pennsylvania 19422
Tel: (215) 977-1000
Email: MEK@elliottgreenleaf.com
GSV@elliottgreenleaf.com
TXE@elliottgreenleaf.com


Patrick M. Collins (No. 6206686)
Jade R. Lambert (No. 6290000)
King & Spalding LLP
444 W. Lake Street
Suite No. 1650
Chicago, IL 60606
Tel: (312) 995-6333
Email: pcollins@kslaw.com
jlambert@kslaw.com


                                            By: /s/ Jeremy L. Buxbaum
                                               Jeremy L. Buxbaum