**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Ivy Bridge University, LLC

                              Plaintiff,

v.                                                 Case No.: 1:16–cv–11726
                                                         Honorable Susan E. Cox

Higher Learning Commission

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 26, 2018:

       MINUTE entry before the Honorable Susan E. Cox: Pursuant to the stipulation of dismissal [39] this action is dismissed with prejudice. Status hearing set for 5/1/2018 at 9:30 a.m. is stricken. Civil case terminated. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.